**No. 10-8649. Sonny Szeto, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1803.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8653. Leroy Laron Eason, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1728.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 391 Fed. Appx. 573.

**No. 10-8655. Ottoniel Chacon-Chinchilla, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1715.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 399 Fed. Appx. 939.

**No. 10-8658. Kevin L. Murphy, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1581, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1727.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 382 Fed. Appx. 460.

**No. 10-8661. Christopher Aguilar, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1582, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1866.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 400 Fed. Appx. 85.

**No. 10-8662. Everette O. Baker, Petitioner v. Lisa J. Hollingsworth, Warden.**

562 U.S. 1261, 131 S. Ct. 1582, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1791.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8663. John E. Stewart, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1582, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1877.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 618 F.3d 577.